United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDOLPH RUDY WILKINS,

    Plaintiff,

    v.

PRISON HEALTH SERVICES; et al.,

    Defendants.
                                   /

No. C 10-4133 SI (pr)

**ORDER OF DISMISSAL**

On December 16, 2010, mail was sent to plaintiff at the county jail address he provided to the court and was returned undelivered on December 28, 2010, and marked "not in custody" and "return to sender." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: March 23, 2011

_____
SUSAN ILLSTON
United States District Judge