1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    RUDOLPH RUDY WILKINS,                    No. C 10-4133 SI (pr)

9             Plaintiff,                      **JUDGMENT**

10        v.

11   PRISON HEALTH SERVICES;
     et al.,

12

13            Defendants.
     _____/

14

15        This action is dismissed without prejudice because plaintiff failed to keep the court

16   informed of his address.

17

18        IT IS SO ORDERED AND ADJUDGED.

19

20   Dated: March 23, 2011
                                             _____
21                                              SUSAN ILLSTON
                                             United States District Judge
22

23

24

25

26

27

28